Griffith v. A+S Collection Associates, Inc. 11-cv-00167-WYD-BNB

## RETURN OF SERVICE

| NAME OF SERVER: Tom Balmat | TITLE: Process Server |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant.  Place where left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion  then residing therein.

Name of person with whom the summons and complaint where left:

☐ Returned unexecuted::

☒ Other (specify): Served A+S Collection Associates, Inc. by Registered Agent Machol + Johannes, LLC. at address 717 17th St. Ste. 2300 , Denver, CO. 80202 on date 01/26/2011 at 9:05 AM.

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 01/26/2011
Date

Signature of Server

15 Washington St. Apt. 303.
Address of Server
Denver, CO.   80203.